DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SANDERS LEE HIGHTOWER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2150

[February 5, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Usan, Judge; L.T. Case No. 06009747CF10B.

Daniel Eisinger, Public Defender, and Ethan R. Goldberg, Assistant Public Defender, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and GERBER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***